IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| PRISCILLA LYNN GREER ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.3:14-cv-232-TFM |
| ) | [wo] |
| CLARENCE LEE COOK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# JUDGMENT

Upon consideration of the Stipulation of Dismissal with Prejudice filed by the parties on September 22, 2015 (Doc. 31), it is

the ORDER, JUDGMENT and DECREE of the Court that this lawsuit is dismissed in its entirety with prejudice, with the parties to bear their own costs.

It is further ORDERED that all outstanding motions are denied as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is CLOSED.

DONE this 25th day of September, 2015

/s/Terry F. Moorer
TERRY F. MOORER
UNITED   STATES   MAGISTRATE   JUDGE